In the Matter of TRACY A. STONE, Appellant, v JEROME WYANT, Respondent. (Appeal No. 2.) [778 NYS2d 364]—Appeal from an order of the Family Court, Oswego County (David J. Roman, J.), entered April 10, 2003. The order dismissed the petition for violation of a prior order and the petition for modification of custody.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Chendo O.*, 175 AD2d 635 [1991]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.